```
                                          FILED
                                       07 NOV 20 PM 3:32
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                     BY:    CP          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3158-JLS |
| Plaintiff, ) | |
| ) | NOTICE OF RELATED CASE |
| v. ) | |
| LUZ MARIA ) | |
| BUENROSTRO-VILLARUEL, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Luz Maria Buenrostro-Villaruel, Criminal Case No. 07CR2892-JLS.

DATED: November 20, 2007.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney