**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Ms. Buenrostro-Villareal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3158-JLS |
| Plaintiff, | |
| v. | **JOINT MOTION TO CONTINUE MOTIONS IN LIMINE HEARING & JURY** |
| **LUZ BUENROSTRO-VILLAREAL** | |
| Defendant. | |

    Luz Buenrostro-Villareal, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Ms. Buenrostro jointly moves with Assistant United States Attorneys Andrew Schopler, that the motions in limine hearing currently set for March 20, at 1:00 p.m. be continued until April 24, 2008, at 1:00 p.m, and that the jury trial, currently set for April 7, 2008, at 9:00 a.m b continued until May 5, 2008, at 9:00 a.m. The parties request this continuance due to conflicts in their schedule and to allow Ms. Buenrostro to receive and review discovery that is relevant to her pretrial motions.

    Ms. Buenrostro is currently in the custody of the U.S. Marshalls. The parties also agree that time should be excluded under the speedy trial act.

//
//
//
//

1  For the foregoing reasons, the parties jointly request that the motions in limine hearing be continued
2 until April 24, 2008, at 1:00 p.m. and the jury trial be continued until May 5, 2008, at 9:00 am.

4 Dated: March 17, 2008               /s/ Leila W. Morgan
                                     **LEILA W. MORGAN**
5                                    Federal Defenders of San Diego, Inc.
                                     Attorneys for Ms. Mauleon
6                                    Leila_Morgan@fd.org

7
  Dated: March 17, 2008               /s/ Andrew Schopler
8                                    **ANDREW SCHOPLER**
                                     Assistant United States Attorney
9                                    Andrew.Schopler@usdoj.gov

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Andrew Schopler**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Andrew.Schopler@usdoj.gov

Dated: March 17, 2008            /s/ Leila W. Morgan
                                 **LEILA W. MORGAN.**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Ms. Buenrostro
                                 Leila_Morgan@fd.org