UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR3158-JLS |
| Plaintiff, | ) | |
| v. | ) | |
| **LUZ BUENROSTRO-VILLAREAL**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion (docket no. 13) requesting the continuance of the motions in limine hearing currently set for March 20, 2008, at 1:00 p.m. until April 24, 2008, at 1:00 p.m., and the continuance of the jury trial set for April 7, 2008, at 9:00 a.m. until May 5, 2008, at 9:00 a.m. be **GRANTED.** The Court also finds that time should be excluded under the Speedy Trial Act, for good cause shown and with the consent of both parties. The defendant is currently in custody, therefore, a signed acknowledgment of the next court date need not be filed.

**SO ORDERED.**

DATED: March 19, 2008

Honorable Janis L. Sammartino
United States District Judge