1  **LEILA W. MORGAN**
California Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Leila_Morgan@fd.org

Attorneys for Ms. Buenrostro-Villareal

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | CASE NO: 07CR3158-JLS |
|---|---|---|
| Plaintiff, | ) | DATE: May 15, 2008 |
| | ) | TIME: 1:30 p.m. |
| v. | ) | |
| LUZ MARIA BUENROSTRO-VILLARUEL, | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| Defendant. | ) | 1) DISMISS INDICTMENT DUE TO INVALID DEPORTATION. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 16, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, defendant, Luz Maria Buenrostro-Villaruel, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

/ / /

/ / /

# MOTIONS

Defendant, Luz Maria Buenrostro-Villaruel, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)     Dismiss Indictment Due to Invalid Deportation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

*s/ Leila W. Morgan*

Dated: May 15, 2008     **LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Buenrostro-Villaruel
Leila_Morgan@fd.org