```
FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3158-JLS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **S U P E R S E D I N G** |
| | ) | **I N F O R M A T I O N** |
| v. | ) | |
| | ) | Title 18, U.S.C., Sec. 1001 – |
| LUZ MARIA | ) | False Statement to a Federal |
| BUENROSTRO-VILLARUEL, | ) | Officer (Felony); |
| | ) | Title 8, U.S.C., Sec. 1325 – |
| Defendant. | ) | Illegal Entry by False |
| | ) | Representation (Misdemeanor) |
| | ) | |
| | ) | |

The United States Attorney charges:

Count 1

On or about September 17, 2007, within the Southern District of California, defendant LUZ MARIA BUENROSTRO-VILLARUEL, in a matter within the jurisdiction of the United States, namely, U.S. Border Patrol, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to Border Patrol Agent B. Soto that she illegally crossed the international boundary between the United States and Mexico by walking through the hills near Tecate,

California, whereas in truth and fact, as defendant then and there well knew, defendant actually crossed into the United States at the San Ysidro, California, Port of Entry by falsely claiming to be a United States citizen, and thus her statements and representations to Border Patrol Agent B. Soto were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

## Count 2

On or about September 15, 2006, within the Southern District of California, defendant LUZ MARIA BUENROSTRO-VILLARUEL, being an alien, unlawfully obtained entry to the United States by a willfully false representation; to wit: by stating to a United States immigration official at the San Ysidro, California, Port of Entry that she was a United States citizen, when in truth and fact, as defendant then and there well knew, she was a citizen of Mexico; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney