```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3158-JLS |
| Plaintiff,                ) | |
| v.                        ) | WAIVER OF INDICTMENT |
| LUZ MARIA                 ) | |
|   BUENROSTRO-VILLARUEL,   ) | |
| Defendant.                ) | |

**FILED**
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, **LUZ MARIA BUENROSTRO-VILLARUEL**, the above named defendant, who is accused of **False Statements to a Federal Officer — 18 U.S.C. 1001; Illegal Entry by False Statement - 8 U.S.C. 1325** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May **30**, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LUZ MARIA BUENROSTRO-VILLARUEL

_____
LEILA MORGAN
Counsel for Defendant

Before _____
Hon. JANIS L. SAMMARTINO
U.S. District Judge

23