# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **2007 CR 3158-JLS** |
| vs ) | ABSTRACT OF ORDER |
| **LUZ MARIA BUENROSTRO-VILLAREZ** ) | Booking No. **05090298** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/27/08**
the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____✓_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____✓_____ Defendant sentenced to TIME SERVED, supervised release for **3** years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received _____  
DUSM

UNITED STATES MAGISTRATE JUDGE  
OR  
W. SAMUEL HAMRICK, JR.   Clerk  
by _____ Deputy Clerk

Crim-9  (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**